In the Matter of Proving the Last Will and Testament of ARLENE LOUISE LEINS, Deceased. ADA L. LEINS, Contestant, Appellant; JULIENNE A. BOESINGER and Others, Respondents.— Decree unanimously affirmed, with costs to the proponent-respondent and the infant-respondents Paul Lang and Thelma Fogarty, payable out of the estate. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. OUTER COURT, INCORPORATED, OF THE ORDER OF THE LIVING CHRIST, Respondent, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer and Callahan, JJ. [161 Misc. 603.]

ADVANCE CARTON Co., INC., Respondent, v. ROMAN MACARONI Co., INC., Appellant.— Judgment unanimously modified by reducing the amount of interest to $185.56, thereby reducing the judgment as entered to the sum of $4,045.13, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J. Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of MORRIS SCHARGEL, Respondent, for an Order Directing WILLIAM FELLOWES MORGAN, JR., as Commissioner of Public Markets, etc., to Reinstate Petitioner's Permit, etc., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements to appellant, and petition dismissed. There is no proof that the petitioner was singled out and subjected to arbitrary restraints not imposed upon others. The record shows the petitioner to be a chronic violator of the department rules. On the facts disclosed it cannot be said that the commissioner abused his discretion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of JOHN M. KELLY, Respondent, for an Order Pursuant to Article 78 of the Civil Practice Act, against WILLIAM F. MORGAN, JR., Commissioner of Public Markets, etc., and Others, Appellants.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ. [169 Misc. 242.]

In the Matter of Supplementary Proceedings: LOUIS J. LEVY, Appellant, v. A. W. BERSON & Co., INC., Judgment Debtor. In the Matter of Supplementary Proceedings: THE BANK OF UNITED STATES, Respondent, v. A. W. BERSON & Co., INC., Judgment Debtor.— Orders so far as appealed from unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore and Callahan, JJ.

HENRY ASCHER and Another, as Administrators with the Will Annexed, etc., of JOHN J. ASCHER, Deceased, Respondents, v. GEORGE J. ATWELL Co., INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of METROPOLITAN LIFE INSURANCE COMPANY, Respondent, for an Order Directing MARTHA BYRNE, as Register of the County of New York, Appellant, to Accept for Filing and to File Certain Satisfactions of Certain Conditional Bills of Sale on File in Her Office.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.